NATHAN F. SMITH, #12642
MALCOLM ♦ CISNEROS, A Law Corporation          E-Filed: August 25, 2015
608 South 8th Street
Las Vegas, Nevada 89101
(702)382-1399 Phone
(702)382-0925 Fax
Email: nathan@mclaw.org

Attorneys for Bank of America, N.A.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-13626-mkn |
| SUSAN C. KELLER, | Chapter 13 |
| Debtor. | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | <u>CONFIRMATION HEARING:</u><br>**Date:**   September 17, 2015<br>**Time:**   1:30 PM<br>**CTRM:** 2 |

**TO THE HONORABLE MIKE K. NAKAGAWA, U.S. BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, AND THE DEBTOR'S COUNSEL:**

Bank of America, N.A., the holder of a secured claim and party-in-interest, ("BOA"), hereby objects to confirmation of the Debtor's Chapter 13 Plan ("Plan").

BOA is the holder of a claim secured only by a security interest in the real property commonly known as 1947 Buckeye Hill Court, Henderson, NV 89012, which is the Debtor's principal residence ("Property"). The total amount due and owing under the promissory note is $196,455.82 and the pre-petition arrearage is $2,350.07. A true and correct copy of BOA's Proof of Claim is attached as Exhibit "1." §1322(b)(2) provides, in relevant part, as follows:

(b)  Subject to subsections (a) and (c) of this section, the plan may--

. . .

(2) modify the rights of holders of secured claims, other than a claim secured only

by a security interest in real property that is the Debtor's principal residence

. . .

(5) notwithstanding paragraph (2) of this subsection, provide for the curing of

any default within a reasonable time and maintenance of payments while the case

is pending on any unsecured claim or secured claim on which the last payment is

due after the date on which the final payment under the plan is due; . . .

BOA objects to confirmation of the Plan on the following grounds:

(1)    The Debtor's Plan does not propose to cure the pre-petition arrears owed to BOA. Therefore, the Plan does not comply with § 1322(b)(5).

Based upon the foregoing, BOA respectfully requests that the Court deny confirmation of the Plan, or, in the alternative, order that the Plan be amended to provide for full payment of BOA's pre-petition arrearage.

DATED: August 25, 2015                Respectfully Submitted,
                                      MALCOLM ♦ CISNEROS, A Law Corporation

                                      /s/ Nathan F. Smith
                                      NATHAN F. SMITH, , #12642
                                      Attorney for Bank of America, N.A.
                                      Telephone: (949) 252-9400
                                      Fax: (949) 252-1032
                                      Email: nathan@mclaw.org

**PROOF OF SERVICE**

STATE OF CALIFORNIA

                        ss.

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, CA 92612.

      On August 25, 2015, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California (**and via telecopy or overnight mail where indicated**), addressed as follows:

<u>DEBTOR</u>
SUSAN C. KELLER
1947 Buckeye Hill Court
Henderson, NV 89012

<u>DEBTOR'S ATTORNEY</u>
H Stan Johnson
255 E. Warm Springs Road, Suite 100
Las Vegas, NV 89119

<u>CHAPTER 13 TRUSTEE</u>
KATHLEEN A. LEAVITT
201 LAS VEGAS BLVD., SO. #200
LAS VEGAS, NV 89101

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2015 at Irvine, California.

*/s/Michael Levine*

OBJECTION TO PLAN             -3-            ML/B33951