

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 30, 2015

**COHEN-JOHNSON, LLC**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
MICHAEL V. HUGHES, ESQ.
Nevada Bar No. 13154
mhughes@cohenjohnson.com
Suite 100
255 East Warm Springs Road
Las Vegas, Nevada 89119
Telephone:  (702) 823-3500
Facsimile:   (702) 823-3400
*Attorneys for the Debtor*
*Susan C. Keller*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>SUSAN C. KELLER,<br><br>Debtor. | Case No.  15-13626-MKN<br><br>Chapter 13<br><br>Date of Hearing:  December 17, 2015<br>Time of Hearing:  10:00 am |

**ORDER SUSTAINING IN PART DEBTOR'S OBJECTIONS
TO THE CLAIM OF BANK OF AMERICA, N.A.**

THIS MATTER HAVING COME to be heard before the Court on the DEBTOR'S

OBJECTION TO BANK OF AMERICA'S PROOF OF CLAIM 4 (hereinafter referred to as the

"Debtor's Objection"), and it appearing that due and proper notice was given for Debtor's

Objection, that a written response to the Debtor's Objection was filed by Bank of

America, N.A., that a reply in support of the Debtor's Objection was filed by the Debtor, and that good cause exists for sustaining without prejudice the Debtor's Objection:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the Debtor's Objection is sustained in part without prejudice.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT Bank of America, N.A.'s claim for attorney's fees in the amount of $750.00 is denied without prejudice in light of the failure of Bank of America, N.A. to establish the existence of equity in the real estate securing the claim of Bank of America, N.A.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT Bank of America, N.A.'s claim for court costs in the amount of $158.00 is denied without prejudice in light of the failure of Bank of America, N.A. to establish the existence of equity in the real estate securing the claim of Bank of America, N.A.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT Bank of America, N.A.'s claim for estimated escrow costs in the amount of $1,427.07 is continued for a status hearing set for 2:30 pm on January 20, 2016.

IT IS SO ORDERED.

PREPARED AND SUBMITTED BY:

COHEN-JOHNSON, LLC

By:  /s/ Michael V. Hughes, Esq.
     H. STAN JOHNSON, ESQ.
     Nevada Bar No. 00265
     sjohnson@cohenjohnson.com
     MICHAEL V. HUGHES, ESQ.
     Nevada Bar No. 13154
     mhughes@cohenjohnson.com
     Suite 100
     255 East Warm Springs Road
     Las Vegas, Nevada 89119
     Telephone: (702) 823-3500
     Facsimile: (702) 823-3400
     *Attorneys for Debtor*
     *Susan C. Keller*

**ALTERNATIVE METHOD REGARDING LOCAL RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

_____ The Court has waived the requirement of approval under LR 9021(b)(1).

_____No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Cindy Lee Stock, of counsel to the law corporation of Malcolm Cisneros, attorneys for Bank of America, N.A.:    ____X____   Approved _____ Disapproved _____ No Response

_____ I certify that this case is under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 29th day of December, 2016.

          COHEN-JOHNSON, LLC

By:  /s/ Michael V. Hughes
H. STAN JOHNSON
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
MICHAEL V. HUGHES, ESQ.
Nevada Bar No. 13154
mhughes@cohenjohnson.com
Suite 100
255 East Warm Springs Road
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Debtor*
*Susan C. Keller*

**COHEN-JOHNSON, LLC**
255 E. Warm Springs Road, Ste. 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400